UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAYRA NUNEZ,

                              Docket No. 26-CV-00496(JMW)

             Plaintiff,

  - against -                     **COUNTY'S ANSWER TO**
                                     **PLAINTIFF'S COMPLAINT**

COUNTY OF NASSAU, NASSAU COUNTY
SHERIFF ANTHONY J. LAROCCO, in his
Individual and official capacities and CORRECTIONS
OFFICER JOHN BARBER, in his individual and
Official capacities, and CORRECTIONS
OFFICER JOHN DOES #1-10 (fictitiously named),
in their individual and official capacities,

             Defendants.
------------------------------------------------------------x

The defendants, COUNTY OF NASSAU and NASSAU COUNTY SHERIFF ANTHONY J. LAROCCO appearing herein by its attorney, THOMAS A. ADAMS, County Attorney of Nassau County, STEVEN V. DALTON, Deputy County Attorney, for its answer to the complaint herein, sets forth upon information and belief, as follows:

### AS AND FOR AN ANSWER TO PRELIMINARY STATEMENT

1. Deny allegations contained in paragraph numbered 1 of the complaint.

### AS AND FOR AN ANSWER TO JURISDICTION AND VENUE

2. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 2 of the complaint.

3. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 3 of the complaint.

4. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 4 of the complaint.

## AS AND FOR AN ANSWER TO PARTIES

5. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 5 of the complaint.

6. Deny each and every allegation contained in paragraph numbered 6, except admit that COUNTY OF NASSAU is a New York Municipal Corporation duly organized and established under the laws of the State of New York.

7. Deny each and every allegation contained in paragraph numbered 7, except admit that COUNTY OF NASSAU is a New York Municipal Corporation duly organized and established under the laws of the State of New York.

8. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 8 of the complaint.

9. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 9 of the complaint.

10. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 10 of the complaint.

## AS AND FOR AN ANSWER TO COMPLIANCE WITH NEW YORK GENERAL MUNICIPAL LAW

11. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 11 of the complaint.

12. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 12 of the complaint.

13. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 13 of the complaint.

14. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 14 of the complaint.

## AS AND FOR AN ANSWER TO FACTUAL ALLEGATIONS

15. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 15 of the complaint.

16. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in section injuries in paragraph numbered 16 of the complaint.

17. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 17 of the complaint.

18. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 18 of the complaint.

19. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 19 of the complaint.

20. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 20 of the complaint.

21. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 21 of the complaint.

22. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 22 of the complaint.

23. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 23 of the complaint.

24. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 24 of the complaint.

25. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 25 of the complaint.

26.  Deny allegations contained in paragraph numbered 26 of the complaint.

27. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 27 of the complaint.

28. Deny allegations contained in paragraph numbered 28 of the complaint.

29. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 29 of the complaint.

30. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 30 of the complaint.

31. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 31 of the complaint.

32. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 32 of the complaint.

33. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 33 of the complaint.

34. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 34 of the complaint.

35. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 35 of the complaint.

36. Deny allegations contained in paragraph numbered 36 of the complaint.

37. Deny allegations contained in paragraph numbered 37 of the complaint.

38. Deny allegations contained in paragraph numbered 38 of the complaint.

39. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 39 of the complaint.

40. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 40 of the complaint.

41. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 41 of the complaint.

42. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 42 of the complaint.

43. Deny allegations contained in paragraph numbered 43 of the complaint.

44. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 44 of the complaint.

45. Deny allegations contained in paragraph numbered 45 of the complaint.

46. Deny allegations contained in paragraph numbered 46 of the complaint.

47. Deny allegations contained in paragraph numbered 47 of the complaint.

48. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 48 of the complaint.

49. Deny allegations contained in paragraph numbered 49 of the complaint.

50. Deny allegations contained in paragraph numbered 50 of the complaint.

## AS AND FOR AN ANSWER TO COUNT I

51. Deny allegations contained in paragraph numbered 51 of the complaint.

52. Deny allegations contained in paragraph numbered 52 of the complaint.

53. Deny allegations contained in paragraph numbered 53 of the complaint.

54. Deny allegations contained in paragraph numbered 54 of the complaint.

55. Deny allegations contained in paragraph numbered 55 of the complaint.

56. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 56 of the complaint.

57. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 57 of the complaint.

58. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 58 of the complaint.

59. Deny allegations contained in paragraph numbered 59 of the complaint.

60. Deny allegations contained in paragraph numbered 60 of the complaint.

61. Deny allegations contained in paragraph numbered 61 of the complaint.

## AS AND FOR AN ANSWER TO COUNT II

62. Deny allegations contained in paragraph numbered 62 of the complaint.

63. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 63 of the complaint.

64. Deny allegations contained in paragraph numbered 64 of the complaint.

65. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 65 of the complaint.

66. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 66 of the complaint.

67. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 67 of the complaint.

68. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 68 of the complaint.

69. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 69 of the complaint.

70. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 70 of the complaint.

71. Deny allegations contained in paragraph numbered 71 of the complaint.

72.  Deny allegations contained in paragraph numbered 72 of the complaint.

## AS AND FOR AN ANSWER TO COUNT III

73. Deny allegations contained in paragraph numbered 73 of the complaint.

74. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 74 of the complaint.

75. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 75 of the complaint.

76. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 76 of the complaint.

77. Deny allegations contained in paragraph numbered 77 of the complaint.

78.  Deny allegations contained in paragraph numbered 78 of the complaint.

79. Deny allegations contained in paragraph numbered 79 of the complaint.

80.  Deny allegations contained in paragraph numbered 80 of the complaint.

81. Deny allegations contained in paragraph numbered 81 of the complaint.

82. Deny allegations contained in paragraph numbered 82 of the complaint.

83. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 83 of the complaint.

84. Deny allegations contained in paragraph numbered 84 of the complaint.

85. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 85 of the complaint.

86. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 86 of the complaint.

87. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 87 of the complaint.

88. Deny allegations contained in paragraph numbered 88 of the complaint.

89. Deny allegations contained in paragraph numbered 89 of the complaint.

90. Deny allegations contained in paragraph numbered 90 of the complaint.

91. Deny allegations contained in paragraph numbered 91 of the complaint.

92. Deny allegations contained in paragraph numbered 92 of the complaint.

93. Deny allegations contained in paragraph numbered 93 of the complaint.

94. Deny allegations contained in paragraph numbered 94 of the complaint.

95. Deny allegations contained in paragraph numbered 95 of the complaint.

96. Deny allegations contained in paragraph numbered 96 of the complaint.

97. Deny allegations contained in paragraph numbered 97 of the complaint.

98. Deny allegations contained in paragraph numbered 98 of the complaint.

99. Deny allegations contained in paragraph numbered 99 of the complaint.

## AS AND FOR AN ANSWER TO COUNT IV

100. Deny allegations contained in paragraph numbered 100 of the complaint.

101. Deny allegations contained in paragraph numbered 101 of the complaint.

102. Deny allegations contained in paragraph numbered 102 of the complaint.

103. Deny allegations contained in paragraph numbered 103 of the complaint.

104. Deny allegations contained in paragraph numbered 104 of the complaint.

105. Deny allegations contained in paragraph numbered 105 of the complaint.

106. Deny allegations contained in paragraph numbered 106 of the complaint.

107. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 107 of the complaint.

108. Deny knowledge or information thereof sufficient to form a belief as to each and every allegation contained in paragraph numbered 108 of the complaint.

109. Deny allegations contained in paragraph numbered 109 of the complaint.

## AS AND FOR AN ANSWER TO COUNT V

110. Deny allegations contained in paragraph numbered 110 of the complaint.

111. Deny allegations contained in paragraph numbered 111 of the complaint.

112. Deny allegations contained in paragraph numbered 112 of the complaint.

113. Deny allegations contained in paragraph numbered 113 of the complaint.

114. Deny allegations contained in paragraph numbered 114 of the complaint.

## AS AND FOR AN ANSWER TO COUNT VI

115. Deny allegations contained in paragraph numbered 115 of the complaint.

116. Deny allegations contained in paragraph numbered 116 of the complaint.

117. Deny allegations contained in paragraph numbered 117 of the complaint.

## AS AND FOR AN ANSWER TO JURY DEMAND

118. Deny allegations contained in paragraph numbered 118 of the complaint.

### AS AND FOR AN ANSWER TO PRAYER FOR RELIEF, WHEREFORE

Deny allegations contained in paragraph A of the complaint.

Deny allegations contained in paragraph B of the complaint.

Deny allegations contained in paragraph C of the complaint.

Deny allegations contained in paragraph D of the complaint.

Deny allegations contained in paragraph E of the complaint.

Deny allegations contained in paragraph F of the complaint.

Deny allegations contained in paragraph G of the complaint.

Deny allegations contained in paragraph H of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

The plaintiff fails to state a cause of action against the County of Nassau upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

That at all times herein mentioned and mentioned in the complaint, all correctional officers, agents, servants and/or employees of the defendants having anything to do with the plaintiff were in the performance of their respective duties as correctional officers, agents, servants and/or employees of the aforesaid defendant; that all of the acts of such persons as correctional officers, agents, servants and/or employees of the aforesaid defendant in connection with the arrest and confinement of the plaintiff were performed in good faith, without malice, and with reasonable and probable cause in the ordinary course of their duties as correctional officers, agents, servants and/or

employees of the defendants, and/or as required by such persons by reason of the conduct of the plaintiff in the aforementioned arrest and confinement.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

The alleged acts of conduct of the named defendant herein, under the case of <u>Monell</u> v <u>New York State Department of Social Services</u> does not create vicarious liability pursuant to the doctrine of respondeat superior and consequently Nassau County cannot be liable for any acts or conduct of any individual defendant herein, as a matter of law.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

That if the plaintiff shall have a judgment and/or verdict in his favor over and against the answering defendant, the answering defendant shall be entitled to all rights, remedies and off sets in accordance with GML Article 15. That if the plaintiff shall a judgment and/or verdict entered in its favor over and against the answering defendant the judgment and/or verdict shall be precluded, modified, off set and/or reduced by any and all sums or consideration paid or promise to the plaintiff by any person, corporation or parties claimed to be liable for the injuries and/or damages alleged in the complaint to the extent of the greater of either the sum or consideration paid or promise to the plaintiff to the amount of the released tortfeasors' equitable share of the liability and the damages in accordance with Article 15 of the General Obligations Law Section 15-105 and Section 15-18.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:**

Pursuant to General Obligations Law § 15-108 and the ruling in *Williams v. Niske*, 81 N.Y.2d 437, 599 N.Y.S.2d 519, these answering defendants demand a set-off corresponding to the amount of any settlement reached with any other tortfeasor(s) involved in the operative facts of this lawsuit, whether or not they are currently named as defendants herein.

*WHEREFORE,* defendants demands judgment dismissing the complaint herein, together with the costs and disbursements of this action.

Dated: Mineola, New York
February 19, 2026

Yours, etc.,

**THOMAS A. ADAMS**
County Attorney of Nassau County

By: *Steven Dalton*
STEVEN V. DALTON
Attorney for County Defendants
One West Street
Mineola, New York 11501